UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

*In re BAYCOL PRODUCTS LITIGATION* MDL No. 1431 (MJD)

This Document Relates to:

*Elyse Stabiner v. Bayer Corp., et al.* Case No. 02-0140

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED by and between counsel for plaintiff and counsel for defendants that the claims of Plaintiff Elyse Stabiner, in the above-entitled action may be and are hereby dismissed with prejudice pursuant to Fed. R. Civ. Proc. 41(a)(1). The parties shall each bear their own costs.

Dated: 4/17/06

Michelle Parfitt

Michelle Parfitt
HERMAN MATHIS CASEY KITCHENS & GEREL LLP
2000 L Street, NW Ste. 400
Washington, DC 20036
(202) 783-6400

Counsel for Plaintiff

SCANNED
APR 25 2006
U.S. DISTRICT COURT MPLS

Dated: 4/19/06

Susan A. Weber
James W. Mizgala
SIDLEY AUSTIN LLP
One South Dearborn Street
Chicago, IL 60603
(312) 853-7000

Philip S. Beck
Adam Hoeflich
BARTLIT BECK HERMAN PALENCHAR & SCOTT LLP
54 West Hubbard Street, Suite 300
Chicago, IL 60603
(312) 494-4400

Paul J. Zidlicky
SIDLEY AUSTIN LLP
1501 K Street, N.W.
Washington, D.C. 20005
(202) 736-8000

Richard K. Dandrea
ECKERT SEAMENS CHERIN & MELLOTT, LLC
USX Tower, 600 Grant St., 44th Floor
Pittsburgh, PA. 15219
(412) 566-6000

Peter W. Sipkins (No.101540)
DORSEY & WHITNEY LLP
50 South Sixth Street, Suite 1500
Minneapolis, MN 55402
(612) 340-2600

*Counsel for Bayer Corporation and Bayer AG*

**IT IS HEREBY ORDERED**, pursuant to the above Stipulation, that the above-captioned action is dismissed with prejudice.

DATED: APR 25 2006

Michael J. Davis

The Honorable Michael J. Davis
United States District Court

*Stabiner*, No. 02-0140